**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                                     **CRIMINAL NO. 1:19-CR-31-5
(KLEEH)**

**TEISHA PRIMM,**

      **Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DRUG COURT
COMPLETION [ECF NO. 285] AND SCHEDULING STATUS CONFERENCE**

On February 10, 2022, United States Magistrate Judge Michael J. Aloi issued a Report and Recommendation ("R&R") [ECF No. 285], recommending that this case be remanded to the District Court due to Defendant Teisha Primm's completion of the Federal Drug Court Program.

The Magistrate Judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R.  He further advised that failure to file objections would "constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals."  Neither Primm nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the Magistrate Judge's R&R [ECF No. 285] and **SCHEDULES** a status conference on **March 31, 2022,**

**USA V. PRIMM** 1:19-CR-31-5

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DRUG COURT COMPLETION [ECF NO. 285] AND SCHEDULING STATUS CONFERENCE**

at **10:30 a.m.**, at the **Clarksburg, West Virginia,** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: March 18, 2022

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE